# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **DASSAULT SYSTÈMES SOLIDWORKS CORP.**<br><br>*Plaintiffs,*<br><br>- v.-<br><br>**FIVE AXIS MANUFACTURING LLC; ANTONIO DE LA ROSA IRIGOYEN; JOHN "ERICK" DOE; JOHN "MIGUEL" DOE; and JUAN DE LA ROSA**<br><br>*Defendants.* | **CASE NO.: 3:25-cv-00440**<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendants FIVE AXIS MANUFACTURING, LLC ("Five Axis"), ANTONIO DE LA ROSA IRIGOYEN ("Antonio de la Rosa"), JOHN "ERICK" DOE, JOHN "MIGUEL" DOE, and JUAN DE LA ROSA (collectively "Defendants") hereby allege as follows:

## NATURE OF THE ACTION

1.      This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of Five Axis', Antonio De La Rosa's, John "Erick" Doe's, John "Miguel" Doe's, and Juan De La Rosa's unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

2.      Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451.

3.      On information and belief, Defendant Five Axis is a Texas LLC having a principal place of business at 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928. Upon information and belief, all of its members are residents of Texas.

4.      On information and belief, Defendant Antonio de la Rosa is the Owner of Five Axis and resides at 13042 Wellington Horizon City, TX 79928.

5.      On information and belief, Defendant John "Erick" Doe is an adult individual and employee of Five Axis residing in the vicinity of El Paso, TX.

6.      On information and belief, Defendant John "Miguel" Doe is an adult individual and employee of Five Axis residing in the vicinity of El Paso, TX.

7.      On information and belief Defendant Juan de la Rosa is an adult individual and employee of Five Axis residing in the vicinity of El Paso, TX.

## JURISDICTION AND VENUE

8.      This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks SOLIDWORKS software packages and under state law for breach of contract between Five Axis and DS SolidWorks.

9.      This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a).  This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

10. This Court has personal jurisdiction over Defendant Five Axis because, among other things, Five Axis resides in and conducts business in Texas and in this district.

11. This Court has personal jurisdiction over Defendant Antonio de la Rosa because, among other things, upon information and belief, Antonio de la Rosa resides in Texas and in this district and because this lawsuit stems from his business activity in Texas and in this district.

12. This Court has personal jurisdiction over Defendant John "Erick" Doe because, among other things, this case results from his activity in Texas and in this district, and upon information and belief he resides in Texas and in this district.

13. This Court has personal jurisdiction over Defendant John "Miguel" Doe because, among other things, this case results from his activity in Texas and in this district, and upon information and belief he resides in Texas and in this district.

14. This Court has personal jurisdiction over Defendant Juan de la Rosa because, among other things, this case results from his activity in Texas and in this district, and upon information and belief he resides in Texas and in this district.

15. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), 1391(c)(2), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

16. DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

17. DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

18.    DS SolidWorks owns many copyright registrations for the SOLIDWORKS

software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
| --- | --- |
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX 0008443820 | SOLIDWORKS 2017 |
| TX 0008540002 | SOLIDWORKS 2018 |
| TX 0008885576 | SOLIDWORKS 2020 |
| TX 0009112305 | SOLIDWORKS 2021 |
| TX 0009277249 | SOLIDWORKS 2023 |
| TX 0009376069 | SOLIDWORKS 2024 |
| TX 0009467062 | SOLIDWORKS 2025 |

Table 1

**Detection of Infringement by Defendants**

19.    The SOLIDWORKS software incorporates detection and monitoring technology

that detects and identifies use of unlicensed and unauthorized copies of the SOLIDWORKS

software and transmits identifying data to DS SolidWorks over the internet when such

unauthorized uses occur.

20.    Through its monitoring technology, DS SolidWorks detected at least 149 uses of

unlicensed and unauthorized copies of the SOLIDWORKS software on at least six computers

having the Media Access Control ("MAC") addresses as shown below in Table 2 (the

"Computers").

| Computer No. | MAC Addresses |
| --- | --- |
| 1 | 8cec4b7eb089<br>7440bb01f689<br>7440bb01f68a |
| 2 | 8cec4b96ca12<br>802bf9a3643d<br>802bf9a3643e |

| 3 | 2816ad8b0e98 |
|---|---|
| 4 | 54271e6ace43 ecf4bb0a9f5d |
| 5 | 745d2253765e 687a64c27d10 |
| 6 | 586d6705365c, 586d6705365f, 6c02e0547e53, 586d6705365b |

Table 2

## **COMPUTER 1**

21.     Through its monitoring technology, DS SolidWorks detected that 41 of the 149 above-identified uses of unauthorized and unlicensed copies of SOLIDWORKS occurred on Computer 1.

22.     Through its monitoring technology, DS SolidWorks detected that the hostname on Computer 1 is "5AXISusa1".

23.     Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that 40 of the 41 uses of unauthorized and unlicensed copies of SOLIDWORKS occurred on Computer 1 while the computer was physically located in the vicinity of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

24.     Five Axis operates out of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

25.     Unlicensed and unauthorized copies of SOLIDWORKS were used to do work for Five Axis on Computer 1.

26.     Through its monitoring technology, DS SolidWorks detected that the username on Computer 1 was "erick".

27.     John "Erick" Doe used unlicensed and unauthorized copies of SOLIDWORKS on Computer 1.

**COMPUTER 2**

28.     Through its monitoring technology, DS SolidWorks detected that 13 of the above-identified 149 uses of unauthorized and unlicensed copies of SOLIDWORKS occurred on Computer 2.

29.     Through its monitoring technology, DS SolidWorks detected that all 13 of the above-identified uses of unauthorized and unlicensed copies of SOLIDWORKS on Computer 2 occurred while the computer was physically located in the vicinity of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

30.     The URL www.tmd-precision.com directs to Five Axis' website.

31.     Antonio de la Rosa uses the email address "tmd-co@hotmail.com" to communicate regarding the business of Five Axis.

32.     Five Axis also operates under the name "TMD Precision".

33.     Through its monitoring technology, DS SolidWorks detected that the username on Computer 2 is "tmd-c".

34.     Unauthorized and unlicensed copies of SOLIDWORKS were used to do work for Five Axis on Computer 2.

**COMPUTER 3**

35.     Through its monitoring technology, DS SolidWorks detected that one of the 149 above-identified uses of unlicensed and unauthorized copies of SOLIDWORKS occurred on Computer 3.

36.     Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that the use of an unlicensed and unauthorized copy of SOLIDWORKS on Computer 3 occurred while Computer 3 was physically located in the vicinity of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

37.     Five Axis operates out of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

38.     Unauthorized and unlicensed copies of SOLIDWORKS were used to do work for Five Axis on Computer 3.

**<u>COMPUTER 4</u>**

39.     Through its monitoring technology, DS SolidWorks detected that five of the above-identified 149 uses of unauthorized and unlicensed copies of SOLIDWORKS occurred on Computer 4.

40.     Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that all five of the uses of unauthorized and unlicensed copies of SOLIDWORKS on Computer 4 occurred while the computer was physically located in the vicinity of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

41.     Five Axis operates out of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

42.     Unauthorized and unlicensed copies of SOLIDWORKS were used to do work for Five Axis on Computer 4.

43.     Through its monitoring technology, DS SolidWorks detected that the redacted username on Computer 4 is "mi***"

44.     Upon information and belief, the unredacted username on Computer 4 is "miggy".

45.     Miggy is a nickname for Miguel.

46.     Upon information and belief, John "Miguel" Doe used unlicensed and unauthorized copies of SOLIDWORKS on Computer 4.


**COMPUTER 5**

47.     Through its monitoring technology, DS SolidWorks detected that 50 of the 149 above-identified uses of unauthorized and unlicensed copies of SOLIDWORKS occurred on Computer 5.

48.     Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that 49 of the 50 detected uses of unauthorized and unlicensed copies of SOLIDWORKS on Computer 5 occurred while the computer was physically located in the vicinity of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

49.     Five Axis operates out of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

50.     Unauthorized and unlicensed copies of SOLIDWORKS were used to do work for Five Axis on Computer 5.

51.     Through it monitoring technology, DS SolidWorks detected the redacted username "Mi****" on Computer 5.

52.     Upon information and belief, the unredacted username on Computer 5 is "Miguel".

53.     John "Miguel" Doe used unlicensed and unauthorized copies of SOLIDWORKS on Computer 5.

**COMPUTER 6**

54.     Through its monitoring technology, DS SolidWorks detected that 39 of the above-identified 149 uses of unauthorized and unlicensed copies of SOLIDWORKS occurred on Computer 6.

55.     Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that all 39 of the uses of unauthorized and unlicensed copies of SOLIDWORKS on Computer 6 occurred while the computer was physically located in the vicinity of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

56.     Five Axis operates out of 12305 Mercantile Avenue, Suite S1, El Paso, TX 79928.

57.     Unlicensed and unauthorized copies of SOLIDWORKS were used to do work for Five Axis on Computer 6.

58.     Through its monitoring technology, DS SolidWorks detected that the username on Computer 6 is "Juan De La Rosa".

59.     Defendant Juan de la Rosa used unauthorized and unlicensed copies of SOLIDWORKS on Computer 6.

**Infringement, Circumvention, and Breach by Five Axis, John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa**

60.     Upon information and belief, the Computers are owned by Five Axis and/or Antonio de la Rosa.

61.     Five Axis purports is a manufacturing company utilizing five axis CNC machines.

62.     SOLIDWORKS is used by manufacturing firms like Five Axis to design parts and manufacturing fixtures.

63.     Upon information and belief, Five Axis and Antonio de la Rosa financially benefit from the use of DS SolidWorks' SOLIDWORKS software packages.

64.     Upon information and belief, the Computer has been used by at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, or persons under the control of Five Axis.

65.     Upon information and belief, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, or persons under the control of Five Axis downloaded one or more unauthorized and unlicensed copies of SOLIDWORKS from the internet.

66.     Upon information and belief, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, or persons under the control of Five Axis installed or caused to be installed one or more copies of SOLIDWORKS on the Computer.

67.     During the installation process of SOLIDWORKS, a link to the License Agreement is displayed on the computer screen. A copy of the License Agreement is attached as Exhibit 2 hereto.

68.     The License Agreement states that "… installing and using [SOLIDWORKS]… will signify your agreement to be bound by these terms and conditions." Exhibit 2 at p. 2/45.

69.     At least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, or persons under the control of Five Axis installed and used SOLIDWORKS on the Computer, thereby accepting to be bound by the terms and conditions of the License Agreement.

70.     One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied,

without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS." *Id*. at 2/45.

71.    The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license for a single-user license of SOLIDWORKS: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Id. at 3/45—4/45.

72.    Defendants did not pay the license fee for the unauthorized and unlicensed copies of SOLIDWORKS that were installed on the Computer.

73.    Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

74.    Another of the terms and conditions of the License Agreement is that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS is prohibited." *Id*. at 24/45.

75.    Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures, on the Computer.

76. Upon information and belief, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, Five Axis, or persons under the control of Five Axis ran the SolidSquad (SSQ) crack on the Computer following the installation of SOLIDWORKS.

77. Upon information and belief, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, Five Axis, or persons under the control of Five Axis launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computer.

78. Upon information and belief, Five Axis and Antonio de la Rosa controlled the infringement and circumvention performed by John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis.

79. Upon information and belief, Five Axis and Antonio de la Rosa derived a financial benefit from the infringement and circumvention performed by John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis.

### Vicarious and Contributory Liability by Antonio de la Rosa

80. Upon information and belief, Antonio de la Rosa is the owner and manager of Five Axis.

81. Upon information and belief, as owner and manager of Five Axis, Antonio de la Rosa is the dominant influence at Five Axis.

82. Upon information and belief, Antonio de la Rosa determined the policies which resulted in the infringement and circumvention by John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis.

83.    Upon information and belief, as Principal and manager of Five Axis, Antonio de la Rosa could have stopped the infringement and circumvention by John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis.

84.    Upon information and belief, Antonio de la Rosa controlled the infringement by John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis.

85.    Upon information and belief, Antonio de la Rosa derived a financial benefit from the infringement and circumvention by John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis.

86.    Upon information and belief, Antonio de la Rosa owned and/or provided the computers upon which John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis infringed DS SolidWorks' copyrights and circumvented its technological measures.

87.    Upon information and belief, Antonio de la Rosa provided the workspace within which John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis infringed DS SolidWorks' copyrights and circumvented its technological measures.

88.    Upon information and belief, Antonio de la Rosa materially contributed to the infringements by John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis.

89.    Antonio de la Rosa knew of the infringement and circumvention by Five Axis, employees of Five Axis, and/or persons under the control of Five Axis.

**Notice of Infringement to Defendants**

90.    On February 27, 2024, counsel for DS SolidWorks sent a letter, attached as Exhibit 3 hereto, to Antonio de la Rosa offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages. The February 27, 2024 letter is attached as Exhibit 3, hereto.

91.    Between March 4, 2024 and August 6, 2024, a compliance mediator from Dassault SolidWorks contacted Antonio de la Rosa and Five Axis in order to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached. Emails from this series of communications are attached as Exhibit 4, hereto.

92.    Between August 31, 2024, and September 13, 2024, counsel for DS SolidWorks contacted Antonio de la Rosa and Five Axis regarding the possibility of resolving Five Axis's unauthorized use of DS SolidWorks' SOLIDWORKS software packages via a series of emails. No resolution was reached. Emails from this series of conversations are attached as Exhibit 5, hereto.

93.    The use of unauthorized and unlicensed copies of SOLIDWORKS on the Computers did not stop following the notice given to Five Axis and Antonio de la Rosa. Through its monitoring technology DS SolidWorks detected use of unauthorized and unlicensed copies of SOLIDWORKS up until June 19, 2025.

**COUNT I**
**FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

94.    DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

95.    SOLIDWORKS, including SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, SOLIDWORKS 2024, and

SOLIDWORKS 2025, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

96.     DS SolidWorks owns all rights and title to the copyrights of SOLIDWORKS.

97.     At least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis downloaded the SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, SOLIDWORKS 2024, and SOLIDWORKS 2025 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

98.     Subsequently to downloading a copy of SOLIDWORKS, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis installed, executed, and utilized the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

99.     At least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g. random-access memory (RAM) without authorization or permission from DS SolidWorks.

100.     At least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis executed SOLIDWORKS on at least the above-identified Computer.

101.    By making unauthorized copies of SOLIDWORKS as described above, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis infringed and violated (directly and/or indirectly) DS SolidWorks' copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks' exclusive right under 17 U.S.C. § 106(1) to "reproduce the copyrighted work in copies."

102.    Upon information and belief, Five Axis and Antonio de la Rosa controlled the above-described infringement of DS SolidWorks' copyrights.

103.    Upon information and belief, Five Axis and Antonio de la Rosa received a direct financial benefit from the above-described infringement of DS SolidWorks's copyrights.

104.    Upon information and belief, Five Axis and Antonio de la Rosa knew about the above-described infringement of DS SolidWorks' copyrights.

105.    Upon information and belief, Five Axis and Antonio de la Rosa materially contributed to the above-described infringement of DS SolidWorks' copyrights.

106.    Upon information and belief Antonio de la Rosa's, John "Erick" Doe's, John "Miguel" Doe's, Juan de la Rosa's and Five Axis's infringement and violation of DS SolidWorks' copyrights has been knowing and willful.

107.    DS SolidWorks has been damaged by the aforementioned infringement.

**COUNT II**
**CIRCUMVENTION OF TECHNOLOGICAL MEASURES (17 U.S.C. § 1201)**

108.    DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

109.    SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-license users of SOLIDWORKS to

"unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

110.    Neither Five Axis, John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, nor Antonio de la Rosa received an authorized License Key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

111.    Upon information and belief, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis circumvented the technological measures incorporated into SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, and/or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

112.    Upon information and belief, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

113.    By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis violated 17 U.S.C. § 1201 each time an unauthorized use occurred.

114.    Upon information and belief, Five Axis and Antonio de la Rosa controlled the above-described circumvention.

115.    Upon information and belief, Five Axis and Antonio de la Rosa received a direct financial benefit from the above-described circumvention.

116.    Upon information and belief, Five Axis and Antonio de la Rosa knew about the above-described circumvention.

117.    Upon information and belief, Five Axis', John "Erick" Doe's, John "Miguel" Doe's, Juan de la Rosa's, and Antonio de la Rosa's above-described circumvention was willful.

118.    DS SolidWorks has been damaged by Five Axis's, John "Erick" Doe's, John "Miguel" Doe's, Juan de la Rosa's, and Antonio de la Rosa's above-described circumvention.

**COUNT III**
**BREACH OF CONTRACT**
**(Massachusetts Common Law)**

119.    DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

120.    The installation of SOLIDWORKS, including at least S SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, SOLIDWORKS 2024, and SOLIDWORKS 2025, requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement. *See* Exhibit 2.

121.    At least one of  John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis accepted the SOLIDWORKS License Agreement when they installed SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, SOLIDWORKS 2024, and SOLIDWORKS 2025.

122.    The License Agreement states "[i]f you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 2 at 3/45.

123.    Neither Five Axis, John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, nor Antonio de la Rosa paid the license fee to install SOLIDWORKS on the Computer for the above-referenced unlicensed and unauthorized uses.

124.    By installing the SOLIDWORKS software on the Computer without paying the license fee, at least one of  John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis breached the License Agreement.

125.    The License Agreement states, "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks]."

126.    Neither Five Axis, John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, nor Antonio de la Rosa received a right to load, use, or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

127.    At least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis downloaded the SOLIDWORKS 2017, SOLIDWORKS 2018, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, SOLIDWORKS 2024, and SOLIDWORKS 2025 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of SOLIDWORKS software without a right to do so from DS SolidWorks.

128.    Subsequent to downloading a copy of SolidWorks, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

129.    Each time at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis executed SOLIDWORKS, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g. random access memory (RAM) without a right to do so from DS SolidWorks.

130.    At least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis executed SOLIDWORKS at least on the above-identified Computer.

131.    By copying SOLIDWORKS as described above, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis breached the License Agreement by copying SOLIDWORKS without the right to do so.

132.    By loading SOLIDWORKS onto the Computer, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis breached the License Agreement by loading SOLIDWORKS without the right to do so.

133.    By using SOLIDWORKS on the Computer, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis breached the License Agreement by using SOLIDWORKS without the right to do so.

134.    The License Agreement states: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS is prohibited."

135.    Upon information and belief, after installing SOLIDWORKS, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis ran the SolidSquad (SSQ) crack program.

136.    Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

137.    By running the SolidSquad (SSQ) crack program, at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis breached the License Agreement.

138.    DS SolidWorks did not provide Five Axis, Antonio de la Rosa, John "Erick" Doe, John "Miguel" Doe, or Juan de la Rosa a license authorization key for the copies of SOLIDWORKS used on the Computer by at least one of John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, employees of Five Axis, and/or persons under the control of Five Axis for the above-referenced unlicensed and unauthorized uses.

139.    By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Five Axis, John "Erick" Doe, John "Miguel" Doe, and Juan de la Rosa breached the License Agreement.

140.    The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. Id. at 3/45.

141.    DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

WHEREFORE, DS SolidWorks prays for relief as follows:

A.      For a judgment determining that Five Axis, Antonio de la Rosa, John "Erick" Doe, John "Miguel" Doe, and Juan de la Rosa have infringed DS SolidWorks' copyrights in violation of 17 U.S.C. § 501;

B.      For a judgment determining that Five Axis, John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa and Antonio de la Rosa have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C.      For a finding that such infringement and/or circumvention was willful;

D.      For a judgment determining that Five Axis, John "Erick" Doe, John "Miguel" Doe, and Juan de la Rosa have breached the License Agreement under Massachusetts Common Law;

E.      For a judgment preliminarily and permanently enjoining and restraining John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, Antonio de la Rosa and Five Axis, including their officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them from directly or indirectly infringing DS SolidWorks' copyrights;

F.      For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Five Axis, John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, and Antonio de la Rosa (iii) statutory damages of $150,000 per work infringed, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G.     For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Five Axis, John "Erick" Doe, John "Miguel" Doe, Juan de la Rosa, and Antonio de la Rosa (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H.     For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I.     For such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

DS SolidWorks hereby demands a trial by jury in this action.

Respectfully Submitted

/s Hank Fasthoff
Hank Fasthoff
FASTHOFF LAW FIRM PLLC
Texas Bar No. 24003510
Federal Bar No. 22959
21 Waterway Ave., Suite 300
The Woodlands, Texas 77380
713.929.9314
hank@fasthofflawfirm.com

Glenn E. Forbis (Admitted WD Tex)
Jeremiah J. Foley (Pro Hac Vice Pending)
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI  48098
248-641-1600
gforbis@harnessip.com

Counsel for Plaintiffs

29128642.2